IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01343-WYD-CBS

KIMBERLY ADAIR,

    Plaintiff,

v.

EL PUEBLO BOYS' & GIRLS' RANCH, INC. LONG TERM DISABILITY PLAN,

    Defendant.

_____

**ORDER**
_____

    This matter is before the Court on a review of the file.  This Court previously set a Hearing on Amount of Damages for Default Judgment and Attorney Fees.  Since that time, however, Defendant has entered an appearance and filed a Motion for Leave to Answer Complaint [Docket #24].  Defendant's Motion has not yet been responded to or ruled on.  Therefore, it is

    ORDERED that the Hearing scheduled for March 30, 2007, at 1:30 p.m. is **VACATED**.

Dated:  March 19, 2007

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge