IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  06-cv-01343-WYD-CBS

KIMBERLY ADAIR,

    Plaintiff,

v.

EL PUEBLO BOYS' & GIRLS' RANCH, INC. LONG TERM DISABILITY PLAN,

    Defendant.

_____

**ORDER**
_____

This matter is before the Court on Defendant's Motion for Leave of Court to Answer Complaint [Docket #24], filed on March 9, 2007.  On October 4, 2006, Plaintiff Adair filed a Second Motion for Entry of Default as to Defendant [Docket #5].  On October 26, 2006, Magistrate Judge Shaffer recommended that Plaintiff's Second Motion for Entry of Default [Docket # 17] be denied.  On January 1, 2007, this Court rejected Magistrate Judge Shaffer's recommendation and ordered Plaintiff to file a Motion for Entry of Default in an Amount Certain [Docket #10].  While this Court stands by the reasoning in the January 1, 2007, Order, I also find that there is cause to grant Defendant's motion and allow him to Answer the Complaint in the instant case.

For the aforementioned reasons, it is

ORDERED that Defendant's Motion for leave of Court to Answer Complaint [Docket #24] is **GRANTED**.  In accordance therewith, It is

ORDERED that Defendant's Answer [Docket #25] be accepted for filing.  It is

FURTHER ORDERED that Plaintiff's Motion for Judgment by Default for Sum Certain is **DENIED AS MOOT**.

Dated:  April 3, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge