IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01343-WYD-CBS

KIMBERLY ADAIR,

    Plaintiff,

v.

EL PUEBLO BOYS' & GIRLS' RANCH, INC. LONG TERM DISABILITY PLAN,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Motion to Submit Brief in Excess of 15 Pages in Response to Defendant's Motion for Judgment on the Administrative Record is **GRANTED**. Plaintiff's Response is due on or before **Friday, October 26, 2007**. Defendant's Reply is due on or before **Friday, November 9, 2007**. A hearing on all pending motions and issues is set for **Thursday, December 13, 2007, at 10:00 a.m.**

    Dated: October 16, 2007