IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLORADO
                          JUDGE WILEY Y. DANIEL
_____

Courtroom Deputy:   Robert R. Keech         Date:   March 5, 2008
E.C.R./Reporter:    Kara Spitler
_____

Civil Action No: **06-cv-01343-WYD-CBS**        Counsel:

**KIMBERLY ADAIR**,                             Brian A. Murphy

           Plaintiff,

v.

**EL PUEBLO BOY'S AND GIRL'S RANCH,**           M. Gabriel McFarland
**INC. LONG TERM DISABILITY PLAN**,             Cyd Hunt

           Defendant.
_____

                            **COURTROOM MINUTES**
_____

**HEARING ON PENDING MOTIONS AND ISSUES**

**1:36 p.m.**     Court in Session

                  APPEARANCES OF COUNSEL.

                  Court's opening remarks.

1:40 p.m.         Argument by Plaintiff (Mr. Murphy).

1:48 p.m.         Argument by Defendant (Ms. Hunt).

1:53 p.m.         Argument by Plaintiff (Mr. Murphy).

**ORDERED:**      Plaintiff's Motion to Strike Motion for Judgment on the Administrative Record
                  (#48 - 9/11/07) is **DENIED.**

      Defendant's Motion for Judgment on the Administrative Record (#41 - 8/2/07) and Plaintiff's Motion for Judgment on the Pleadings (#60 - 10/11/07) are raised for argument.

| | |
|---|---|
| 1:57 p.m. | Argument by Plaintiff (Mr. Murphy). |
| 2:08 p.m. | Argument by Defendant (Mr. McFarland). |
| 2:12 p.m. | Argument by Defendant (Ms. Hunt). |
| 2:17 p.m. | Argument by Plaintiff (Mr. Murphy). |
| 2:37 p.m. | Argument by Defendant (Ms. Hunt). |

      Court makes findings.

**ORDERED:** Defendant's Motion for Judgment on the Administrative Record (#41 - 8/2/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Plaintiff's Motion for Judgment on the Pleadings (#60 - 10/11/07) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:** Parties shall file supplemental authority not later than **Monday, March 10, 2008.**

**2:48 p.m.**   Court in Recess - HEARING CONCLUDED

**TOTAL TIME: 1:12**